IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY K. SHOOK, | ) | 1:11cv0824 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On May 20, 2011, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits. On May 25, 2011, the Court issued summons along with instructions for completing and returning service documents to allow service by the United State Marshal. Plaintiff has not returned the service documents or otherwise communicated with the Court. As there has been no service, Defendant has not appeared in the action.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to properly serve the complaint. Plaintiff may comply with this order by returning the service documents pursuant to the May 25, 2011, instructions.

1

1  Plaintiff is ordered to file a response, or return the service documents, within **thirty (30) days**
2 of the date of service of this order.  Failure to do so will result in a recommendation that this action
3 be dismissed for failure to follow the Court's orders.

7  IT IS SO ORDERED.

8  Dated:   **October 3, 2011**                          /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE